July 14, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SHAYN A. PROLER, Appellant

NO. 14-15-00387-CV                          V.

CITY OF HOUSTON, Appellee

_____

This court today heard a motion for rehearing filed by Appellant, We order the motion be denied, and that the court's former judgment of June 14, 2016 be vacated, set aside, and annulled. We further order this court's opinion of June 14, 2016, withdrawn.

This cause, an appeal from the judgment in favor of appellee, City of Houston, signed, April 21, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Shayn A. Proler, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.